**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00246-07** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **GARY S. BYRD** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #226], and in the transcript previously filed herein, [Doc. #224] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #220], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **GARY S. BYRD** on August 15, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 21st day of August, 2019.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**